**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7908**

CLARENCE ROULHAC, JR.,

             Plaintiff – Appellant,

      v.

B. S. JANEK, DMD, Dentist, Powhatan Correctional Center,

             Defendant – Appellee,

      and

PRISON HEALTH SERVICES; LINDA RAY, Ms., Head Nurse,
Powhatan Correctional Center; L. KUMP, Ms., Doctor,
Powhatan Correctional Center; A. TONEY, Mr., Doctor,
Powhatan Correctional Center; FRED SCHILLINGS, Dr., Health
Service Director, VDOC,

             Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge. (3:10-cv-00408-HEH)

Submitted: March 19, 2013          Decided: April 9, 2013

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clarence Roulhac, Jr., Appellant Pro Se.  Elizabeth Martin
Muldowney, RAWLS, MCNELIS & MITCHELL, PC, Richmond, Virginia,

for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Roulhac, Jr., appeals the district court's judgment denying relief on his 42 U.S.C. § 1983 (2006) claims of deliberate indifference to his serious medical needs. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. Roulhac v. Janek, No. 3:10-cv-00408-HEH (E.D. Va. Dec. 23, 2011 & Feb. 16, 2012 & Oct. 9, 2012). We deny Roulhac's motion to compel Defendants to provide dental care. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED